R. James Miller, SBN 170312
Katherine L. Marlink, SBN 272555
POWERS  MILLER
3500 Douglas Boulevard, Suite 100
Roseville, California 95661
Telephone No. (916) 924-7900
Telecopier No. (916) 924-7980

Attorneys for Defendant,
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA SCHOLZ-GROSS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STARBUCKS CORPORATION, a Washington Corporation, dba STARBUCKS COFFEE COMPANY; and Does 1 through 10,<br><br>　　　　　Defendants. | Case No. 5:19-cv-00632-NC<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION AND ORDER OF DISMISSAL OF ENTIRE ACTION**<br><br><br>Action removed: 2/5/2019 |

　　The parties to this action, acting through counsel, stipulate pursuant to Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of the complaint of Ursula Scholz-Gross against Starbucks Corporation in consideration of the negotiated settlement agreement. Each party is to bear its own costs and fees.

///

///

///

As all counterclaims have previously been resolved and dismissed, the parties hereby stipulate that this dismissal shall also result in the dismissal of the entire action with prejudice.

DATED: May 9, 2020            BRERETON LAW OFFICE, APC

                              By:  */s/ Aaron Mohamed*
                                   Aaron Mohamed
                                   Attorneys for Plaintiff and
                                   Cross-defendant
                                   URSULA SCHOLZ-GROSS

DATED: May 9, 2020            McNAMERA, NEY, BEATTY,
                              SLATTERY, BORGES & AMBACHER
                              LLP

                              By:  */s/ Denise Serra*
                                   Denise Serra
                                   Attorneys for Cross-defendant
                                   URSULA SCHOLZ-GROSS

DATED: May 9, 2020            POWERS MILLER

                              By:  */s/ R. James Miller*
                                   R. James Miller
                                   Attorneys for Defendant and
                                   Counterclaimant
                                   STARBUCKS CORPORATION

**ORDER**

The stipulation is approved. The entire action is hereby dismissed with prejudice with each party to bear its own costs and fees.

Dated: May 11, 2020           _____
                              Hon. Nathanael M. Cousins
                              United States Magistrate Judge

[GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California]